SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>         Plaintiff,<br><br>     v.<br><br>Peter Lee, et al.,<br><br>         Defendants | Case No. 2:12-cv-01016-MCE-GGH<br><br>**STIPULATION RE: CONSENT TO EARLY SETTLEMENT CONFERENCE** |

IT IS HEREBY ORDERED THAT an early settlement conference is set for December 19, 2012, at 9:00 a.m., before Magistrate Judge Gregory G. Hollows.

IT IS SO ORDERED.

Dated: November 21, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE