IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

    Plaintiff,                    No. CIV 2:12-cv-1016 MCE AC PS

    vs.

PETER LEE, *et al.*,

    Defendants.              <u>ORDER</u>

_____/

        Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that an early settlement conference is set for February 21, 2013 at 9:00 a.m. in the chambers of the undersigned, located at 501 "I" Street, 8th Floor, Sacramento, CA 95814.

        The parties are informed that settlement conference statements are mandatory and must be submitted to chambers at least seven days before the settlement conference date. Settlement conference statements may be e-mailed in .pdf format to the undersigned's courtroom deputy, Valerie Callen at vcallen@caed.uscourts.gov, or may be submitted in paper directly to chambers. If the statement is confidential, it must be clearly captioned to reveal its confidential character.

////

1

1       The parties are directed to comply with Local Rule 270(f) regarding the
2 attendance of a principal at the conference.
3 DATED: December 5, 2012.
4
5                                    ____/s/_____
                                   ALLISON CLAIRE
6                                    UNITED STATES MAGISTRATE JUDGE
7 /mb;john1016.settl.conf